IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-336-D

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>WILLIAM LEE GREEN, II, )<br>)<br>Defendant. ) | **ORDER** |

For the reasons stated in the government's response in opposition [D.E. 123], the court DENIES defendant's motion for modification of term of imprisonment [D.E. 121]. See also [D.E. 120].

SO ORDERED. This 18 day of November, 2022.

JAMES C. DEVER III
United States District Judge