IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-336-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIAM LEE GREEN, II, | ) | |
| | ) | |
| Defendant. | ) | |

The court DENIES as meritless defendant's motion for relocation to a different BOP facility [D.E. 134]. The BOP retains discretion where to house defendant.

SO ORDERED. This 10 day of February, 2026.

JAMES C. DEVER III
United States District Judge