IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-336-D

UNITED STATES OF AMERICA )
)
v. )
) **ORDER**
WILLIAM LEE GREEN, II, )
)
Defendant. )

The United States MUST file a response to defendant's motion for compassionate release [D.E. 126] not later than March 20, 2026.

SO ORDERED. This 12 day of February, 2026.

JAMES C. DEVER III
United States District Judge